| | | | |
|---|---|---|---|
| Com. v. Tarr | 151 WDA 2016 Vacated and Remanded | 11/08/2016 | CP–42–CR–0000454–2015 CP–42–CR–0000455–2015 (McKean) |
| Klotz v. Klotz | 247 WDA 2016 Affirmed | 11/08/2016 | No. FD 13–001133–002 (Allegheny) |
| Com. v. Lane | 417 WDA 2016 Affirmed | 11/08/2016 | CP–02–CR–0016893–2007 (Allegheny) |
| In re Adoption of T.B.H.; Appeal of B.A.H. | 638 WDA 2016 Affirmed | 11/08/2016 | No. 108 of 2015 (Westmoreland) |
| In re Adoption of M.M.H.; Appeal of B.A.H. | 639 WDA 2016 Affirmed | 11/08/2016 | No. 107 of 2015 (Westmoreland) |
| Com. v. McClain | 2048 EDA 2015 Affirmed | 11/09/2016 | CP–51–CR–0003983–2014 (Philadelphia) |
| Com. v. Price | 298 EDA 2016 Affirmed | 11/09/2016 | CP–51–CR–0806701–2005 (Philadelphia) |
| A.M.H. v. J.K. | 951 MDA 2016 Remanded Jurisdiction Retained | 11/09/2016 | 2014–00115 (Susquehanna) |
| In the Matter of B.W.E.; Appeal of A.A.P. | 293 WDA 2016 Affirmed | 11/09/2016 | O.C.D. No. 163–2015 (Venango) |
| J.J.W. v. M.L.M. | 593 WDA 2016 Remanded | 11/09/2016 | 584 of 2015 DR (Mercer) |
| Com. v. Martinez | 1337 EDA 2015 Affirmed | 11/10/2016 | CP–39–CR–0002416–2013 (Lehigh) |
| Com. v. Satchell | 2005 EDA 2015 Reversed and Remanded | 11/10/2016 | CP–51–CR–0004687–2008 (Philadelphia) |
| Com. v. Williams–Earle | 2216 EDA 2015 Affirmed | 11/10/2016 | CP–46–CR–0006901–2013 (Montgomery) |
| Com. v. Harris | 2388 EDA 2015 Affirmed | 11/10/2016 | CP–51–CR–0010090–2013 (Philadelphia) |
| Coggins v. Keystone Foods, LLC | 3814 EDA 2015 Reversed | 11/10/2016 | No. 2014–34080 (Montgomery) |
| Com. v. Whitaker | 369 EDA 2016 Affirmed | 11/10/2016 | CP–23–CR–0001147–1994 (Delaware) |
| Meske–Bremmer v. Bremmer | 1889 MDA 2015 Affirmed | 11/10/2016 | 1458–2011 (Columbia) |